# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>JOSHUA HALL,<br><br>            Defendant. | Case No.: 2:21-cr-00176-JAD-NJK<br><br>**ORDER**<br>(Docket No. 32) |

Pending before the Court is the Defendant Joshua Hall's motion to modify his conditions of pretrial release to allow him to travel to Louisiana from December 22, 2021, to December 26, 2021 to visit family members during the holidays.  Docket No. 32.  The United States responds that Defendant has been fully compliant with his pretrial release conditions to date and that his U.S. Pretrial Services Officer agrees with his request.  Docket No. 34 at 1-2.  As a result, the United States does not oppose Defendant's request.  *Id*. at 2.

Accordingly, Defendant's motion is **GRANTED**.  Docket No. 32.  Defendant's conditions of release are modified to allow him to travel to Louisiana from December 22, 2021, to December 26, 2021 to visit family members during the holidays.  Defendant must provide his full itinerary to his Pretrial Services Officer no later than December 15, 2021.

IT IS SO ORDERED.

DATED: December 3, 2021.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE