UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>JOSHUA RAHI HALL,<br><br>    Defendant, | CASE NO. 2:21-CR-00176-JAD-NJK<br><br>[Docket No. 58] |

**ORDER**

This matter having come before the Court on the Stipulation for Permission to Travel of Defendant Joshua Rahi Hall, and good cause appearing, Defendant's Stipulation for Permission to Travel to California on September 7, 2022 and returning September 11, 2022 is __GRANTED__.

Dated: September 8, 2022

_____
Nancy J. Koppe
United States Magistrate Judge