|   |   |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-00176-JAD-NJK |
| Plaintiff, | [Docket No. 65] |
| vs. | |
| JOSHUA RAHI HALL, | |
| Defendant, | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

**ORDER**

This matter having come before the Court on the Stipulation for Permission to Travel of Defendant Joshua Rahi Hall, and good cause appearing, Defendant's Stipulation for Permission to Travel to Louisiana on December 22, 2022 and returning December 28, 2022 is  GRANTED .

Dated: December 1, 2022 .

_____
Nancy J. Koppe
United States Magistrate Judge