MONTI JORDANA LEVY, ESQUIRE
Nevada Bar No. 8158
WRIGHT MARSH & LEVY
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
(702) 382-4004
(702) 382-4800 (Fax)
mlevy@wmllawlv.com
Attorneys for Defendant Joshua Rahi Hall

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,   )
         Plaintiff,   )   CASE NO. 2:21-CR-00176-JAD-NJK
         )
     vs.   )
         )
JOSHUA RAHI HALL,   )
         )
         Defendant,   )
_____)

**STIPULATION AND ORDER FOR
PERMISSION TO TRAVEL**

     IT IS HEREBY STIPULATED and AGREED by and between the United States of America, by and through JASON M. FRIERSON, United States Attorney, and JIM W. FANG, Assistant United States Attorney, and Defendant JOSHUA RAHI HALL, by and through his counsel, MONTI JORDANA LEVY, ESQUIRE, Wright Marsh & Levy, and hereby moves this Court for permission to Travel from Dallas, Texas to California on April 28, 2023 through May 11, 2023. While in California Mr. Hall will be visiting his father who is in poor health.

     1.    Mr. Hall is requesting permission to travel so he can take care of his father who is in poor health and if approved, he would travel on April 28, 2023 and return on May 11, 2023. Mr. Hall will be staying with his father.

     3.    Brandon Barnes, Mr. Hall's supervising officer in the Northern District of Texas has no objection to his travel from Texas to California and Mr. Hall's travel plans will be provided to

his supervising officer in the Northern District of Texas.  Upon his return to Dallas, Texas on May 11, 2023, Mr. Hall will give a courtesy call to his Pretrial Officer.

The parties agree that all other conditions of Mr. Hall's release will remain in full force and effect.

Dated this 26th day of April, 2023.

<div style="display:flex">

Respectfully submitted,

WRIGHT MARSH & LEVY

JASON M. FIRERSON
UNITED STATES ATTORNEY

BY  /s/ Monti Jordana Levy
   MONTI JORDANA LEVY, ESQUIRE
   Attorney for Joshua Rahi Hall

BY  /s/ Jim Fang
   JIM FANG
   Assistant U.S. Attorney

</div>

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSHUA RAHI HALL,<br><br>    Defendant, | CASE NO. 2:21-CR-00176-JAD-NJK |

**ORDER**

This matter having come before the Court on the Stipulation for Permission to Travel of Defendant Joshua Rahi Hall, and good cause appearing, Defendant's Stipulation for Permission to Travel to California on April 28, 2023 and returning May 11, 2023 is  GRANTED  .

Dated: April 27, 2023

_____
United States Magistrate Judge

3